## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| | : | |
| v. | : | Crim. No. 16-396 |
| | : | |
| TING XUE | : | |
| a/k/a "Tiffany Xue" | : | **CONTINUANCE ORDER** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Sarah Devlin, Assistant United States Attorney), and Ting Xue (by Philip Kaufman, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter through April 9, 2019, and the defendant being aware that the defendant has the right to have the matter submitted for trial within 70 days of the filing of an indictment, pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having, through the defendant's attorney, consented to this continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have requested the aforementioned continuance in order to allow additional time to review voluminous discovery materials in advance of trial, as well as to engage in additional plea negotiations;

(2) The grant of a continuance will likely conserve judicial resources; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 13 day of February 2019;

ORDERED that this action be, and it hereby is, continued from February 9, 2019 through April 9, 2019; and it is further

ORDERED that the period from February 9, 2019 through April 9, 2019, shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE MADELINE COX ARLEO
United States District Judge

Form and entry consented to by:

SARAH DEVLIN
Assistant United States Attorney

PHILIP KAUFMAN, Esq.
Counsel for Ting Xue

2