PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Ting Xue | Cr.: 16-00396-001<br>PACTS #: 2174293 |

Name of Sentencing Judicial Officer:   THE HONORABLE MADELINE COX ARLEO
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 04/26/2022

Original Offense:   Count One: Fraud and Misuse of Visa/Permits, 18 U.S.C. § 1546(a) and 2
                    Count Two: Aiding and Assisting in the Preparation of False Income Tax Returns,
                    26 U.S.C. § 7206(2)

Original Sentence: 7 months imprisonment, 1 year supervised release

Special Conditions: Financial Disclosure, Internal Revenue Service-Cooperation, Mental Health Treatment, New Debt Restrictions, Self-Employment/Business Disclosure, and $344,096 in Restitution.

Type of Supervision: Supervised Release          Date Supervision Commenced: February 13, 2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special condition which states '**The restitution is due immediately and shall be paid in monthly installments of no less than $200, to commence 30 days after the date of this judgement.**'<br><br>To date, Xue has paid $1,225, leaving a restitution balance of $343,071. Presently, she is making $25 monthly installments, which the U.S. Probation Office in the Central District of California has determined to be commensurate with her ability to pay. |

U.S. Probation Officer Action:

Xue is supervised by the U.S. Probation Office in the Central District of California. A financial investigation revealed that she does not have the ability to pay $200 per month. Xue is unemployed, all income sources have been considered, and computer assets searches uncovered no unreported assets.

The U.S. Probation Office in the Central District of California will continue to monitor her ability to pay restitution and will increase the amount of the payments according to Xue's ability to pay. Moreover, the U.S. Probation Office will consider referrals to the Financial Litigation Unit and/or the Treasury Offset Program for further collection.

Prob 12A – page 2
Ting Xue

At this time, the U.S. Probation Office is respectfully requesting no formal Court action to be taken at this time. The U.S. Probation Office will continue to monitor Xue's payments and notify the Court should there be any non-compliance.

Respectfully submitted,

SUSAN M. SMALLEY
Chief U.S. Probation Officer

By:   PATRICK HATTERSLEY
      Supervising U.S. Probation Officer

/trp

PREPARED BY:

_____   06/09/2023
TAYLOR R. PETRONZIO              Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

6/9/23
Date